1

2 **ENTER JS-6**

3

4

5

6

7

8 UNITED STATES DISTRICT COURT

9 CENTRAL DISTRICT OF CALIFORNIA

10

11 DALE KLOEFKORN, ) Case No. CV-11-7274-R
)
12            Plaintiffs, ) **ORDER OF DISMISSAL**
)
13     v. )
)
14 ACCOUNT CONTROL )
TECHNOLOGY INC, )
15                                )
            Defendants. )
16 _____

17

18        THE COURT having been advised by the counsel for the parties that the above-

entitled action has been settled;

19

20        IT IS THEREFORE ORDERED that this action is hereby dismissed without costs

21 and without prejudice to the right, upon good cause shown within 45 days, to reopen the

22 action if the settlement is not consummated.  The Court reserves its jurisdiction for the

purpose of enforcing the settlement.

23

24

Dated  April 3, 2012

25

                                                   _____
26                                                 MANUEL L. REAL
                                                   United States District Judge
27

28